# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 20-125 (LPS) |
| ) | |
| ARCHERDX, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, John W. Shaw and law firm SHAW KELLER LLP, hereby withdraw their appearance, and Daniel M. Silver, Esquire, and Alexandra M. Joyce, Esquire of the law firm MCCARTER & ENGLISH LLP hereby enter their appearance as counsel for Defendant ArcherDX, Inc.

Dated: March 19, 2020

| SHAW KELLER LLP | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ John W. Shaw* | */s/ Daniel M. Silver* |
| John W. Shaw (#3362) | Daniel M. Silver (#4758) |
| I.M. Pei Builling | Alexandra M. Joyce (#6423) |
| 1105 N. Market St., 12th Floor | 405 N. King St., 8th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 984-6331 |
| jshaw@shawkeller.com | dsilver@mccarter.com |
| | ajoyce@mccarter.com |
| *Withdrawing Attorney for Defendant* | *Appearing Attorneys for Defendant* |

ME1 32902244v.1