# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**DEREK J. FAHNESTOCK**
(302) 351-9347
dfahnestock@mnat.com

July 15, 2020

The Honorable Leonard P. Stark  *VIA ELECTRONIC MAIL*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Natera, Inc. v. ArcherDX, Inc.*, C.A. No. 20-125 (LPS)

Dear Judge Burke:

Plaintiff Natera, Inc. writes to request that Court enter an Order to start the process leading to the entry of a Scheduling Order as early as possible in this matter. Natera filed this action on January 27, 2020 and an amended complaint on April 15. Natera and Defendant ArcherDX are competitors. Although ArcherDx has filed a motion for judgment on the pleadings, which will be fully briefed at the end of this month, that motion is not directed at all of the asserted patents or all the accused products. This competitor case will continue regardless of its resolution. Natera asked ArcherDx whether it would join this request, but ArcherDx declined.

Respectfully,

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

DJF/lo

cc: All Counsel of Record (*via* CM/ECF and e-mail)