

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

July 15, 2020

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

**Re: Natera v. ArcherDx, C.A. No. 20-125-LPS**

Dear Chief Judge Stark:

      We apologize for burdening the Court with another letter, but Natera refused to engage with us on the submission of a joint letter.  ArcherDX respectfully requests that Natera's premature request to enter a schedule in this action be denied for the reasons below.

      Natera notes that ArcherDX has filed a motion for judgment on the pleadings, which will be fully briefed at the end of this month, but glosses over the import of that motion by asserting it "is not directed at all of the asserted patents or all the accused products."  Critically, ArcherDX's motion seeks judgement that three of the four asserted patents are invalid under § 101, and regardless seeks dismissal of Natera's infringement claims against three of the six accused products: STRATAFIDE™, PCM, and Archer®MET. In view of this motion, which has the potential to substantially narrow the case, ArcherDX submits that it is inappropriate to press forward with entry of a case schedule. Indeed, ArcherDX informed Natera of its position, but Natera's letter does not address ArcherDX's position, nor did Natera provide its response to ArcherDX directly through a meet and confer process or otherwise.  Finally, Natera has not identified any prejudice associated with awaiting resolution of the motion.

      In view of the foregoing, ArcherDX respectfully requests that the parties complete briefing on the motion for judgment on the pleadings, and the Court give that motion due consideration, given its potential to substantially narrow the case, before Natera is permitted to burden ArcherDX with costly discovery on patents and products which should not be the subject of litigation.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel Record (via CM/ECF and E-Mail)

ME1 33849747v.1