# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

DEREK J. FAHNESTOCK
(302) 351-9347
dfahnestock@morrisnichols.com

**REDACTED - PUBLIC VERSION**
Original Filing Date: June 17, 2021
Redacted Filing Date: June 24, 2021

The Honorable Leonard P. Stark                                              *VIA ELECTRONIC MAIL*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Natera, Inc. v. ArcherDX, Inc.*, C.A. No. 20-125 (LPS)

Dear Chief Judge Stark:

      Plaintiff Natera, Inc. requests leave to provide the following information relevant to its request to compel production in response to Plaintiff's Request for Production No. 9 in the letter filed this Tuesday, June 15, 2021:

      As mentioned in Natera's letter (*See* D.I. 225 at 3), ArcherDX produced certain documents the day the letter was submitted, giving Natera insufficient time to review prior to filing.  Having had the opportunity to more fully review the production, Natera found that a number of documents still had not been produced, and informed ArcherDX yesterday (Ex. 1), prior to ArcherDX's responsive letter. As such, notwithstanding ArcherDX's statements in its letter (D.I. 226 at 3), significant deficiencies remain with its production in response to RFP No. 9, and Natera maintains its request.

                                                                        Respectfully,

                                                               */s/ Derek J. Fahnestock*

                                                                Derek J. Fahnestock (#4705)

DJF/lo
Attachment
cc:    Clerk of the Court (*via* CM/ECF)
          All Counsel of Record (*via* CM/ECF and e-mail)