UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCHERDX, INC., ARCHERDX, LLC, AND INVITAE CORPORATION <br><br> Defendants. | C.A. No. 20-cv-125-LPS <br> (Consolidated) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS TO NATERA, INC.'S SECOND AMENDED COMPLAINT**

Defendants Invitae Corporation and ArcherDX, LLC (together, "Defendants") move for leave to amend their Answer and Counterclaims (D.I. 133) to Plaintiff Natera, Inc.'s Second Amended Complaint (D.I. 116), pursuant to Federal Rules of Civil Procedure 16(b) and 15(a)(2), and Local Rule 15.1. Defendants' proposed amended pleading adds an inequitable conduct defense and corresponding declaratory judgment counterclaims due to Natera's inequitable conduct in front of the U.S. Patent and Trademark Office, based on facts discovered by Defendants during the discovery period.

The grounds for this motion are set forth in Defendants' letter brief to the Court filed contemporaneously with this motion.

| | |
|---|---|
| September 2, 2021 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Brian E. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | Michael J. Farnan (Bar No. 5165) |
| | 919 N. Market St., 12th Floor |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-0300 |
| | Fax: (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| | |
| | Edward R. Reines (admitted pro hac vice) |
| | Derek C. Walter (admitted pro hac vice) |
| | WEIL, GOTSHAL &MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | (650) 802-3000 |
| | |
| | *Attorneys for Defendants / Counterclaimants ArcherDX LLC and Invitae Corp.* |