## **RULE 7.1.1 CERTIFICATION**

I certify that the subject of the foregoing motion has been discussed with counsel for Natera and that the parties have not been able to reach an agreement.


Dated:  September 2, 2021                                    /s/ Brian E. Farnan
                                                                            Brian E. Farnan (Bar No. 4089)