UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCHERDX, INC., ARCHERDX, LLC, AND INVITAE CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C. A. No. 20-cv-125-LPS <br> (Consolidated) |

# [PROPOSED] ORDER

Having considered the filings and arguments related to Defendants Invitae Corporation and ArcherDX, LLC's (together, "Defendants") Motion for Leave to File a First Amended Answer and Counterclaims to Plaintiff Natera, Inc.'s Second Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED, this _____ day of _____, 2021, that Defendants' Motion is GRANTED; and

Pursuant to Local Rule 15.1, the clerk shall docket Defendants' First Amended Answer and Counterclaims, attached as Exhibit A to Defendants' September 2 Letter Brief in Support of Defendants' Motion to Amend.

_____
UNITED STATES DISTRICT JUDGE