

September 13, 2021

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    **RE:** *Natera, Inc. v. ArcherDX, Inc.*
           <u>C.A. No. 20-cv-125-LPS</u>

Dear Judge Stark:

    Today, Defendants filed their reply letter in support of Defendants' Motion for Leave to File First Amended Answer and Counterclaims to Natera, Inc.'s Second Amended Complaint (D.I. 308). Accordingly, the parties respectfully request that the Court set a teleconference to address the Motion.

    We are available at the Court's convenience should Your Honor have any questions.

                                Respectfully submitted,

                                /s/ Brian E. Farnan

                                Brian E. Farnan

cc:    Counsel of Record (via E-File)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300 · FAX: (302) 777–0301 · WWW.FARNANLAW.COM