UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCHERDX, INC., ARCHERDX, LLC, AND INVITAE CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-cv-125-LPS <br> (Consolidated) |

# DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF NATERA INC.'S EXPERT REPORT OF DR. RYAN SULLIVAN

Defendants ArcherDx, Inc., ArcherDx, LLC, and Invitae Corporation (together, "Defendants") move to strike portions of Plaintiff Natera, Inc.'s expert report by Dr. Ryan Sullivan, which relies on interviews with two Natera employees that were untimely disclosed after the end of fact discovery.

The grounds for this motion are set forth in Defendants' letter brief to the Court filed contemporaneously with this motion.

| | |
|---|---|
| Dated: October 14, 2021 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Edward R. Reines (admitted pro hac vice)<br>Derek C. Walter (admitted pro hac vice)<br>WEIL, GOTSHAL &MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>*Attorneys for Defendants / Counterclaimants ArcherDX LLC and Invitae Corp.* |