IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., | ) |
|          Plaintiff, | ) ) ) |
| v. | )   C.A. No. 20-125 (LPS) )   (CONSOLIDATED) |
| ARCHERDX, INC., ARCHERDX, LLC and INVITAE CORP., | ) ) ) |
|          Defendants. | ) |

### NATERA, INC.'S MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY

Plaintiff Natera, Inc., ("Natera") hereby moves to exclude the opinions of Nathan K. Kelley and certain opinions of Dr. Gregory Cooper. The grounds for these motions are set forth in Natera's Opening Brief in Support of Natera, Inc.'s Motions for Partial Summary Judgment and to Preclude Certain Expert Testimony and accompanying materials, submitted herewith.

OF COUNSEL:

William G. Gaede, III
Bhanu K. Sadasivan
Jodi L. Benassi
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400

Mandy H. Kim
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612
(949) 757-6061

January 21, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
dfahnestock@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Natera, Inc.*

## RULE 7.1.1 CERTIFCATE

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff, including Delaware counsel, certifies that a reasonable effort has been made to reach agreement with counsel for Defendants on the subject matter of this motion and that the parties were unable to reach agreement.

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on January 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Kaitlin Paulson, Esquire<br>Concord Cheung, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Justin L. Constant, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX 77002<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

/s/ *Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)