.IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 20-125 GBW |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | |
| ARCHERDX, INC., ARCHERDX, LLC, and | ) | |
| INVITAE CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>STIPULATION AND [PROPOSED] ORDER</u>

IT IS HEREBY STIPULATED by and between the parties hereto, and subject to the approval of the Court, that any motion for attorneys' fees or costs under Fed. R. Civ. P. 54(d) and D. Del. LR 54. 1-54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be deferred until twenty-one (21) days after: (1) issue of a mandate following any appeal; or (2) if no appeal is filed, the deadline to file a notice of appeal from any final judgment has passed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

FARNAN LLP

*/s/ Derek J. Fahnestock*

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
dfahnestock@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Natera, Inc.*

September 29, 2023

*/s/ Brian E. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant ArcherDX, Inc.*

SO ORDERED this __ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE