IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATERA, INC.,

                  Plaintiff,

      v.

ARCHERDX, INC., ARCHERDX, LLC and
INVITAE CORP.,

                  Defendants.

Civil Action No. 20-125-GBW
(Consolidated)

## ORDER

AND NOW, this 6th day of April 2026 and based on the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.     Defendants ArcherDX, Inc., ArcherDX, LLC, and Invitae Corp's Motion for Judgment as a Matter of Law ("JMOL") and Alternative Request for a New Trial (D.I. 709) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

    a.     JMOL of No Damages Over Non-PCM Products is **GRANTED**. Plaintiff's damages award is **REDUCED** by $9,995,144.

    b.     JMOL of No Damages over Defendants' International Sale of Non-PCM Products is **DENIED-AS-MOOT**.

    c.     JMOL of Invalidity of the '708 Patent for Indefiniteness is **DENIED**.

    d.     JMOL of No Infringement of the '172 and '220 Patents is **DENIED**.

    e.     JMOL that Defendants' PCM Products are Covered by the Safe Harbor is **DENIED**.

f.    JMOL of Invalidity of the '220 and '172 Patents for Lack of Written Description is **DENIED**.

g.    The '220 and '172 Patents are Not Unenforceable Due to Prosecution Laches.

2.    Plaintiff Natera, Inc.'s Motion for Accounting, Supplemental Damages, Ongoing Royalty, and Pre- and Post- Judgment Interest (D.I. 720) is **GRANTED as MODIFIED** as follows:

a.    Plaintiff is **AWARDED** pre-verdict supplemental damages in the amount of $1,229,960 for infringing PCM uses between January 1, 2023 and November 23, 2023, representing a 20.5% royalty rate.

b.    Plaintiff is **AWARDED** post-verdict damages in the amount of an ongoing royalty of 30% of all revenues resulting from Defendants' post-injunction use of the accused PCM products.

c.    Plaintiff is **AWARDED** pre-judgment interest compounded quarterly at the prime rate.

d.    Plaintiff is **AWARDED** post-judgment interest at the statutory rate.

e.    No later than April 30, 2026, Defendant is **ORDERED** to provide supplemental accounting to Plaintiff to the extent necessary to calculate the damages awarded in this action, consistent with this Order and the accompanying Memorandum Opinion.

3.    No later than May 15, 2026, the parties **SHALL MEET AND CONFER AND FILE** a final proposed judgment consistent with this Order and the accompanying Memorandum Opinion.

Because the Memorandum Opinion issued with this Order was filed under seal, the parties shall meet and confer and, no later than twenty-one (21) days after entry of this Order, submit a joint proposed redacted version of the Memorandum Opinion issued with this Order accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire Memorandum Opinion issued with this Order.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE