## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NATERA, INC., | |
| Plaintiff, | C.A. No. 20-125-GBW (CONSOLIDATED) |
| v. | |
| ARCHERDX, INC., ARCHERDX, LLC, and INVITAE CORP., | |
| Defendants. | |

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the jury verdict (D.I. 609), and in accordance with the Court's prior orders and rulings, including the Court's September 5, 2023 Memorandum Opinion and Order (D.I. 662, 663), September 19, 2023 Judgment (D.I. 665), and April 6, 2026 Memorandum Opinion and Order (D.I. 784, 785), the Court hereby enters FINAL JUDGMENT as follows:

1. Judgment is entered in favor of Plaintiff Natera, Inc. ("Natera") and against Defendants ArcherDX, Inc., ArcherDX, LLC, and Invitae Corp. (each a "Defendant," collectively, "Defendants") on Natera's claims for direct infringement of: (i) claims 1, 6, and 8 of U.S. Patent No. 10,557,172 ("the '172 Patent"); (ii) claims 1 and 19 of U.S. Patent No. 10,597,708 ("the '708 Patent"); and (iii) claims 1, 3, 4, 6, and 7 of U.S. Patent No. 10,731,220 ("the '220 Patent") (collectively, "the asserted claims of the '172, '708, and '220 Patents").

2. Judgment is entered in favor of Natera and against Defendants that the asserted claims of the '172, '708, and '220 Patents are not invalid.

3. Judgment is entered in favor of Natera and against Defendants that the '172 and '220 Patents are not unenforceable due to prosecution laches.

1

4. Judgment is entered in favor of Natera and against Defendants that Defendants' use of the PCM products are not covered by the safe harbor under 35 U.S.C. §271(e)(1).

5. Judgment is entered in favor of Defendants and against Natera on Natera's claims for induced and contributory infringement of the asserted claims of the '172, '708, and '220 Patents.

6. The jury awarded damages totaling $19,352,030, consisting of lost profits and reasonable royalty damages.

7. Defendants' Motion for Judgment as a Matter of Law ("JMOL") of No Damages Over Non-PCM Products (D.I. 709) is GRANTED, and the damages award is reduced by $9,995,144. Accordingly, judgment is entered awarding Natera $9,356,886 in damages for Defendants' infringing use of PCM.

8. Defendants' JMOL of No Damages over Defendants' International Sale of Non-PCM Products is DENIED-AS-MOOT.

9. Defendants' JMOL and alternative request for a new trial on (1) Invalidity of the '708 Patent for Indefiniteness, (2) No Infringement of the '172 and '220 Patents, (3) that Defendants' PCM Products are Covered by the Safe Harbor, and (4) Invalidity of the '220 and '172 Patents for Lack of Written Description is DENIED.

10. Defendants' motion to amend its judgment and hold that the '172 and '220 Patents are unenforceable due to prosecution laches is DENIED

11. Natera is awarded supplemental damages in the amount of $1,229,960 for infringing PCM uses between January 1, 2023 and November 21, 2023, representing a 20.5% royalty rate.

12. Natera is awarded damages in the amount of $11,072,531 (jury verdict,

supplemental damages, and damages after November 21, 2023).

13.   Natera is awarded damages in the amount of an ongoing royalty of 30% of all revenues resulting from Defendants' post-injunction use of the accused PCM products.

14.   Natera is awarded pre-judgment interest compounded quarterly at the prime rate in the amount of $1,135,220.

15.   Natera is awarded post-judgment interest at the rate set forth in 28 U.S.C. § 1961 from the date of judgment until payment for any amount of the judgment and accrued pre-judgment interest amount remaining to be paid by Defendants to Natera as of the date of the judgment.

16.   Each party shall bear its own costs and attorneys' fees incurred through the date of this Final Judgment.

17.   This is a final, appealable judgment.

IT IS SO ORDERED.

Dated: _____June 11_____, 2026

_____
Honorable Gregory B. Williams
United States District Judge